1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HAWTHORNE MCGEE,                          No.  2:24-cv-2539 CKD P

12                    Petitioner,

13         v.                                   ORDER

14   SALINAS VALLEY STATE PRISON,

15                    Respondent.

16

17         On September 19, 2024, the court received a copy of a petition for writ of habeas corpus

18   filed by Mr. McGee in the California Supreme Court.  It appears this should have been filed in

19   2:24-cv-1955 DAD CSK P as the magistrate judge assigned to that case requested that Mr.

20   McGee file that document so the magistrate judge could determine whether state court remedies

21   have been exhausted with respect to the claims presented in that case.  ECF No. 8 in 2:24-cv-1955

22   DAD CSK P.

23         Good cause appearing, IT IS HEREBY ORDERED that:

24         1. The Clerk of the Court file the California Supreme Court petition for writ of habeas

25   corpus filed in this action on September 19, 2024, in 2:24-cv-1955 DAD CSK P.  The document

26   /////

27   /////

28   /////

1

should be labeled "Copy of Petition for Writ of Habeas Corpus filed in the California Supreme Court."

     2.  The Clerk of the Court is directed to close this case.

Dated:  September 24, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
mcge2539.101a